In the matter of the estate of WILLIAM RIKER, JR., deceased.

[Decided April 21st, 1939.]

*Messrs. McKirgan & Gilson,* for the appellants Edith R. Kemp and Elsie R. Pierce.

*Mr. Charles C. Pilgrim,* for Edward L. Stasse, guardian *ad litem* of Martha Pierce and William Pierce, and proctor *pro se* as guardian *ad litem* of Robert J. Riker, Jr., appellants.

*Messrs. Child, Riker, Marsh & Shipman (Mr. Irving Riker),* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Bigelow and reported in *124 N. J. Eq. 228.*

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 11.

*For reversal*—DONGES, WELLS, JJ. 2.